760 A.2d 848

**Frank J. MAZUREK, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 1, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 1st day of November, 2000, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Commonwealth Court is reversed and the case is remanded for proceedings consistent with *Commonwealth of Pennsylvania, Department of Transportation v. McCafferty,* 563 Pa. 146, 758 A.2d 1155 (2000).